IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff,*

Vs.

MARIO RIVERA-RODRIGUEZ,
    *Defendant.*

CRIMINAL NO. 09-345 (JAG)

## INFORMATIVE MOTION

TO THE HONORABLE JAY A. GARCIA-GREGORY
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    **COMES NOW** the defendant, Mario Rivera-Rodriguez ("Mr. Rivera"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, and respectfully states and requests as follows:

    1.    Last Friday, January 8, 2021 at 9:48 AM, the Court granted Mr. Rivera's request for compassionate release and ordered that an amended judgment be entered reducing his sentence to time served. (Docket No. 152.) The Court also ordered that of the five (5) year term of supervised release, Mr. Rivera had to serve three (3) of those years in home detention and electronic monitoring. (*Id.*) The amended judgment was entered at 1:28 PM. (Docket No. 153.)

1

2. At 2:17 PM, the United States filed a notice of appeal informing the Court that it was appealing from the release order. (Docket No. 154.) Later that day, at 4:56 PM, the government filed motion titled "United States of America's Emergency Motion to Stay Defendant's Release Pending Appeal." (Docket No. 155.) In it, the government requests a stay of the compassionate release order until the First Circuit has an opportunity to evaluate the merits of its appeal. (*Id.*)

3. Subsequently, at 6:26 PM, the Court issued an order holding in abeyance the government's motion to stay pending the defendant's response to the same. (Docket No. 156.) The Court ordered the defense to discuss whether the standard for a stay pending appeal has been met. Mr. Rivera's response was due today on or before 10:00 AM. The Court temporarily stayed the release order until Tuesday, January 12, 2021 at 6:00 PM. (*Id.*) Mr. Rivera's opposition to the motion to stay has been filed. (Docket No. 157.)

4. Sometime between the entry into the docket of the amended judgment at 1:28 PM, and the issuance of the Court's temporary stay at 6:26 PM, the Bureau of Prisons ("BOP") processed Mr. Rivera's release.

5. Mr. Rivera is currently at the undersigned's office and is prepared to surrender to either the United States Marshal or the Metropolitan Detention Center to await a determination by the Court on the motion to stay. Nevertheless, we would like the Court to be informed that the defense is exploring alternatives, including moving the Court to allow Mr. Rivera to remain in the free community until there is a decision by

2

the Court on the motion to stay.  A pleading to that effect will likely be filed later today unless the Court order otherwise.

**WHEREFORE**, it is requested that the Court take note of the present motion and that it be informed that Mr. Rivera was released from BOP custody despite this Court's temporary stay order.

**I HEREBY CERTIFY** that on this day we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 11th day of January 2021.

**ERIC ALEXANDER VOS**
**Federal Public Defender**
**District of Puerto Rico**

*/s/ Hector L. Ramos-Vega*
HECTOR L. RAMOS-VEGA
First Assistant Federal Public Defender
USDC-PR 222504
241 Franklin D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441
Tel. (787) 281-4922
E-mail: Hector_Ramos@fd.org